Edward H. **SATERSTAD**, Petitioner

v.

Joshua D. **LOCK**, Goldberg, Katzman & Shipman, P.C., Kathy Murray, Skip Gochenour, Courtney L. Kishel and James, Smith, Dietterick & Connelly, LLP, Respondents

**No. 375 MAL 2017**

Supreme Court of Pennsylvania.

December 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of December, 2017, the Petition for Allowance of Appeal and Application for Leave to File Reply Brief are **DENIED**.

Gregory **ROBINSON**, Appellant

v.

**COMMONWEALTH of Pennsylvania**, Appellee

**No. 39 EAP 2016**

Supreme Court of Pennsylvania.

December 19, 2017

Gregory Robinson, pro se.

Hugh J. Burns, Jr., Philadelphia Dist. Attorney's Office, Philadelphia, Theron Richard Perez, Pennsylvania Dept. of Corrections, Mechanicsburg, for Appellee.

## ORDER

PER CURIAM

**AND NOW**, this 19th day of December, 2017, the order of the Commonwealth Court is **AFFIRMED**.